## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Belinda Wheeler, individually and on Behalf of all others similarly situated,** | § § § | |
| **Plaintiff,** | § § | **Case No. 1:22cv763** |
| **v.** | § § | **Class Action Complaint** |
| **Panini America, Inc.,** | § § | **Jury Trial Demanded** |
| **Defendant.** | § § | |

---

## DECLARATION OF A. TUCKER DAVISON IN SUPPORT OF
## MOTION FOR *PRO HAC VICE* ADMISSION

---

I, A. Tucker Davison, declare:

1.      My full name is Andrew Tucker Davison.

2.      My office is located at 2200 Ross Ave., Suite 2800, Dallas, TX 75201.  My office telephone number is (214) 740-8000.

3.      I am an attorney at law licensed to practice in the State of Texas (Texas Bar No. 24120794) and am admitted to the State Bar of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Eastern District of Texas, and the United States District Court for the Southern District of Texas.

4.      I have not been disciplined by any bar.

5.      I have not been admitted *pro hac vice* in this Court within the last two years.

6.      I do not engage in the practice of law from any office located in the District of Columbia, am not a member of the District of Columbia Bar, and do not have an application for membership pending with the District of Columbia Bar.

7.      A true and correct copy of a Certificate of Standing dated June 8, 2022 providing that I am a member in good standing of the State Bar of Texas is attached hereto as Exhibit 1.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 8, 2022.

Respectfully submitted,

**A. Tucker Davison**
  Texas Bar No. 24120794
  *tucker.davison@lockelord.com*
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Facsimile)

**ATTORNEY FOR DEFENDANT
PANINI AMERICA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2022, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Toyja E. Kelley*
**Toyja E. Kelley**

# EXHIBIT 1

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**A. Tucker  Davison**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 30th day of October, 2020.

I further certify that the records of this office show that, as of this date

**A. Tucker  Davison**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 8th day of June, 2022.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 9087C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.