# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BELINDA WHEELER, individually and on behalf of all others similarly situated, *Plaintiff*, v. PANINI AMERICA, INC. *Defendant*. | Civil Action No. 22-00763 (BAH) Chief Judge Beryl A. Howell |

## ORDER

Upon consideration of defendant's Motion to Dismiss ("Motion"), ECF No. 8, the legal memoranda in support and in opposition, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion is **GRANTED**; it is further

**ORDERED** that the plaintiff's Complaint, ECF No. 1, is dismissed with prejudice; and it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

**SO ORDERED**.

Date: November 17, 2022

_____
BERYL A. HOWELL
CHIEF JUDGE